UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                 :

LIAM ALEXANDER,                :

                Plaintiff,   :                      26-CV-1530 (VSB)
                               :
       -against-      :
                             :                      **ORDER**

COMMISSIONER OF SOCIAL SECURITY,  :

               Defendant.   :

                             :
----------------------------------------------------------- :
                               X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On May 12, 2026, I referred this case to Magistrate Judge Gary Stein, the assigned

Magistrate Judge in this matter.  To conserve resources, to promote judicial efficiency, and in an

effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must

discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further

proceedings before the assigned Magistrate Judge.  If both parties consent to proceed before the

Magistrate Judge, counsel for the Defendant must, within two weeks of the date of this order file

on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

form, a copy of which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-

magistrate-judge.  The executed form should be filed on ECF as a "Proposed Consent to

Jurisdiction by US Magistrate Judge," and be described using the "Proposed Consent to

Jurisdiction by US Magistrate Judge" filing event in accordance with ECF Rule 13.27.  If the

Court approves that form, all further proceedings will then be conducted before the assigned

Magistrate Judge rather than before me.  Any appeal would be taken directly to the United States

Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and

so ordered.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge at this time, the parties must file a joint letter, within two weeks of the date of this order, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.  The parties are free to withhold consent without negative consequences.  Moreover, the parties are also free to later resume discussions and consent to the jurisdiction of the assigned Magistrate Judge if they desire.

SO ORDERED.

Dated:       May 13, 2026
             New York, New York

Vernon S. Broderick
United States District Judge